1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6     Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Respondents
8
                UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10
                SAN FRANCISCO DIVISION
11
JESUS VALDEZ BERMUDEZ,              )  No. C 07-2983 VRW (PR)
12                                   )
                                     )
13            Petitioner,            )
                                     )  **DECLARATION OF ILA C. DEISS**
14       v.                          )
                                     )
15  PETER KEISLER, Acting Attorney General )
of the United States; MICHAEL CHERTOFF, )
16  Secretary of the Department of Homeland )
Security; NANCY ALCANTAR, Field Director )
17  of Detention and Removal of Immigration and )
Custom Enforcement,                  )
18                                   )
              Respondents.           )
19  _____ )

20       Pursuant to Local Rule 7-5 and 28 U.S.C. § 1746, I, Ila C. Deiss, declare as follows:

21       1.  I am employed as an Assistant United States Attorney for the Northern District of California

22  and have been assigned *Valdez Bermudez v. United States Immigration and Customs Enforcement*,

23  C 07-2983 VRW.  As such, I have personal knowledge of the following facts and could testify

24  regarding these facts if called to do so.

25       2.  At the inception of this case, the United States Immigration and Customs Enforcement

26  ("ICE") provided me portions of Petitioner Valdez Bermudez's administrative Alien File.

27       3.  Attached as Exhibit 1 is a true and correct copy of Petitioner's Notice to Appear, dated

28  March 14, 2002.

Declaration of Ila C. Deiss
C-07-2983 VRW

1    4.  Attached as Exhibit 2 is a true and correct copy of the Immigration Judge's Oral Decision

2    issued in the original proceedings to remove Petitioner, dated May 1, 2006.

3    5.  Attached as Exhibit 3 is a true and correct copy of the decision of the Board of Immigration

4    Appeals upholding the decision of the Immigration Judge, dated February 9, 2007.

5    6.  Attached as Exhibit 4 is a true and correct copy of the docket report for *Valdez Bermudez v.*

6    *Keisler*, Petition for Review No. 07-70733, printed September 24, 2007.

7    7.  Attached as Exhibit 5 is a true and correct copy of ICE Field Office Director's Decision to

8    Continue Detention, dated May 10, 2007.

9    8.  Attached as Exhibit 6 is a true and correct copy of the Immigration Judge's Order, denying

10   Petitioner's motion for bond redetermination, dated July 25, 2007.

11   I declare under penalty of perjury that the foregoing is true and correct and that this declaration

12   was executed under the laws of the United States on this 24nd day of September 2007, in San

13   Francisco, California.

14

15

16                                      _____/s/_____
                                        ILA C. DEISS
17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Ila C. Deiss
C-07-2983 VRW                                2