IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VALDEZ BERMUDEZ, | No. C 07-2983 VRW |
| Petitioner, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| UNITED STATES IMMIGRATION AND CUSTOM ENFORCEMENT, | |
| Respondent. / | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in pursuant to the court's order denying petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner.

Dated: January 29, 2008                                             Richard W. Wieking, Clerk

                                                                                    By: *Cora Klein*
                                                                                    Deputy Clerk