UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BERMUDEZ,

          Petitioner,

v.

U.S. Immigration and Custom Enforcement,

          Respondent.
                                    /

Case Number: C07-2983 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ila Casy Deiss - served via e-notification
United States Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Jesus Valdez Bermudez 1743915/A-509
Kern County Correctional Facility
INS # A-38-994-221
17695 Industrial Farm Road
Bakersfield, CA 93308

Dated: January 29, 2008

                                                Richard W. Wieking, Clerk
                                                By: Cora Klein, Deputy Clerk

                                                *Cora Klein* (signature)