OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

N/C

RECEIVED
FEB 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RETURN TO SENDER
✓ Not in Custody
___ Need Inmate Booking #
___ Unacceptable Items:
___ Photos/Copies of Photos
___ Envelopes, Paper, Stamps
___ Lipstick
___ Tape/Stickers/Address labels
___ No inmate to inmate mail without prior authorization
___ Other

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004329862
$ 00.58⁰
MAILED FROM ZIP CODE 94102  JAN 29 2008