Jesus Valdez Bermudez 1743915/A-509
Kern County Correctional Facility
INS # A-38-994-221
17695 Industrial Farm Road
Bakersfield, CA 93308


C07-2983 VRW